# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145605

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JASON COKE PRATER,
     Defendant-Appellant.

SC: 145605
COA: 307336
Grand Traverse CC:
00-008246-FC

_____/

     On order of the Court, the application for leave to appeal the June 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

s1113